**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

JOHN EDWARD BARKER,

                Plaintiff,

   -v-

THE BANCORP, INC.,

                Defendant.
------------------------------------------------------------X

ALEXANDER JOHN KAMAI,

                Plaintiff,

   -v-

THE BANCORP, INC.,

                Defendant.
------------------------------------------------------------X

JOHN PATRICK McGLYNN III,

                Plaintiff,

   -v-

THE BANCORP, INC.,

                Defendant.
------------------------------------------------------------X

21 **CIVIL** 869 (KPF)

21 **CIVIL** 896 (KPF)

21 **CIVIL** 897 (KPF)
**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2022

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's

Opinion and Order dated February 25, 2022, Defendant's motion to dismiss is GRANTED in its entirety;

accordingly, case 21cv897 is closed.

**Dated:** New York, New York
      February 28, 2022

                       **RUBY J. KRAJICK**

                       **Clerk of Court**

          **BY:**

                       **Deputy Clerk**